App. Div.]            Second Department, October, 1910.

In the Matter of the Application of Reeves Trenchard Strickland for Admission to the Bar.— Application granted and order signed.  Present — Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ.

In the Matter of the Objection of Patrick E. Callahan to the Independence League Certificate of Nomination for Justices of the Supreme Court.— Order affirmed on argument, without costs.  Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

Patrick Boleman, Appellant, v. Annie C. Henderson, Respondent.— Motion to dismiss appeal denied, without costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

P. H. Gill & Sons Forge and Works, Appellant, v. Detroit Cadillac Motor Car Company, Respondent.— Motion for reargument denied, with ten dollars costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Probate of the Last Will and Testament of Charles F. Hoffman, Deceased.— Motion to resettle order granted and order signed.  Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

In the Matter of the Application of Theodor Megaarden for Admission to the Bar.— Application granted and order signed.  Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

In the Matter of the Application of the South Shore Traction Company for the Appointment of Commissioners, etc., Hoffman Boulevard, Borough of Queens, City of New York, etc.— Order granted confirming commissioners' report and order signed.  Present — Hirschberg, P. J., Woodward, Jenks and Thomas, JJ.

In the Matter of School Site at the Southeasterly Corner of Sumpter Street and Rockaway Avenue, in the Borough of Brooklyn, City of New York.  On Petition of Joseph Haas.— Motion granted, and Thomas J. Surpless named as referee.  Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.  Settle order before Mr. Justice Jenks.

In the Matter of the Application of George Th. Thomaides for Admission to the Bar.— Application granted and order signed.  Present — Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ.

Kings County Trust Company, as Executor, etc., Appellant, v. William E. Bloodgood and Another, as Surviving Executors, etc., and Others, Respondents. — Motion to dismiss appeal granted, without costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Charles R. Thomas, Respondent, v. John H. Springer, Appellant.— Motion denied, without costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Clare F. Thomas, Respondent, v. John H. Springer, Appellant.— Motion denied, without costs.  Present — Woodward, Burr, Thomas, Rich and Carr, JJ.

Charles M. Wells, Respondent, v. William J. Howard and Teresa Howard, Appellants.— Motion to resettle order granted.  Present — Hirschberg, P. J., Woodward, Burr, Thomas and Rich, JJ.

Wilson A. Cleveland, Appellant, v. George Cromwell, Respondent.— Reargument ordered, and case set down for November 15, 1910.  Woodward, Jenks, Rich and Carr, JJ., concurred; Thomas, J., not voting.